1381-15

# ELECTRONIC RECORD

COA # 02-14-00277-CR          OFFENSE: 1

STYLE: Alberto Jose Meza v. The State of Texas          COUNTY: Wise

COA DISPOSITION:    AFFIRM          TRIAL COURT: 271st District Court

DATE: 10/01/15          Publish: NO   TC CASE #: CR17201

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alberto Jose Meza v. The State of Texas

___APPELLANT'S___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: _11/25/2015_

JUDGE: _Ph Cunni_

CCA #: __1381-15__

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**